## Arthur J. Freer, Appellee, v. Orr Realty Company and Willard Orr, Appellants.

### Gen. No. 44,542.

opinion

filed December 30, 1948; released for publication January 21, 1949. Cloyes & Cavender, for appellants; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

## Walter C. Durlak, Appellee, v. Sun Chemical Corporation, Appellant.

### Gen. No. 44,562.

opinion